# Exhibit B

65

1
2
3
4
5
6
7

SUPERIOR COURT OF WASHINGTON FOR COUNTY OF SNOHOMISH

| | |
|---|---|
| FAYE BRYANT; SHEILA COFFEY;<br>LINDA HERMAN; KATHRYN JONES;<br>BETTY KRAUSE; LOIS STROMBERG;<br>AND MARGARET VONE,<br><br>                         Plaintiffs,<br><br>              vs.<br><br>WYETH and its Divisions WYETH<br>PHARMACEUTICALS, INC. and ESI<br>LEDERLE; PHARMACIA and UPJOHN<br>CORPORATION; PHARMACIA, INC.;<br>PFIZER, INC.; GREENSTONE LTD.;<br>BARR PHARMACEUTICALS, INC.;<br>BARR LABORATORIES; DURAMED<br>PHARMACEUTICALS INC.; SOLVAY<br>PHARAMACEUTICALS, INC., previously<br>known as REID ROWELL, INC.;<br>SOLVAY, S.A.,<br><br>                         Defendants. | NO.  04-2-10990-4<br><br><br><br>DEFENDANT PFIZER INC.'S CONSENT<br>FOR REMOVAL |

        Pfizer Inc., incorrectly named as Pfizer, Inc., by its undersigned counsel,

hereby consents to removal of this action to the U.S. District Court for Western

Washington pursuant to 28 U.S.C. § 1441.

        DATED this 22nd day of July, 2004.

DEFENDANT PFIZER INC.'S  CONSENT FOR
REMOVAL- 1
KAC/1160.540

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

BETTS PATTERSON & MINES, P.S.

By _____
        Christopher W. Tompkins
        WSBA# 11686
        of Attorneys for Defendant
        Pfizer Inc.

701 Pike Street, Suite 1400
Seattle, WA  98101-3927
(206)292-9988

DEFENDANT PFIZER INC.'S  CONSENT FOR
REMOVAL- 2
KAC/1160.540

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

# Exhibit C

68

1

2

3

4

5

6

7

SUPERIOR COURT OF WASHINGTON FOR COUNTY OF SNOHOMISH

8

| | |
|---|---|
| FAYE BRYANT; SHEILA COFFEY; LINDA HERMAN; KATHRYN JONES; BETTY KRAUSE; LOIS STROMBERG; AND MARGARET VONE,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH and its Divisions WYETH PHARMACEUTICALS, INC. and ESI LEDERLE; PHARMACIA and UPJOHN CORPORATION; PHARMACIA, INC.; PFIZER, INC.; GREENSTONE LTD.; BARR PHARMACEUTICALS, INC.; BARR LABORATORIES; DURAMED PHARMACEUTICALS INC.; SOLVAY PHARAMACEUTICALS, INC., previously known as REID ROWELL, INC.; SOLVAY, S.A.,<br><br>Defendants. | NO. 04-2-10990-4<br><br><br>DEFENDANT PHARMACIA & UPJOHN COMPANY'S CONSENT FOR REMOVAL |

9

10

11

12

13

14

15

16

17

18

19

20

    Pharmacia & Upjohn Company, incorrectly named as Pharmacia and Upjohn

21

Corporation, by its undersigned counsel, hereby consents to removal of this action to

22

the U.S. District Court for Western Washington pursuant to 28 U.S.C. § 1441.

23

    DATED this 22nd day of July, 2004.

24

25

26

DEFENDANT PHARMACIA & UPJOHN
COMPANY'S CONSENT FOR REMOVAL- 1
KAC/1160.540

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

69

1

BETTS PATTERSON & MINES, P.S.

2

3
By
      Christopher W. Tompkins
4       WSBA# 11686
      of Attorneys for Defendant
5       Pharmacia & Upjohn Company

6     701 Pike Street, Suite 1400
      Seattle, WA  98101-3927
7     (206)292-9988

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT PHARMACIA & UPJOHN
COMPANY'S CONSENT FOR REMOVAL- 2
*KAC/1160.540*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

70

# Exhibit D

71

SUPERIOR COURT OF WASHINGTON FOR COUNTY OF SNOHOMISH

| | |
|---|---|
| FAYE BRYANT; SHEILA COFFEY; LINDA HERMAN; KATHRYN JONES; BETTY KRAUSE; LOIS STROMBERG; AND MARGARET VONE,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>WYETH and its Divisions WYETH PHARMACEUTICALS, INC. and ESI LEDERLE; PHARMACIA and UPJOHN CORPORATION; PHARMACIA, INC.; PFIZER, INC.; GREENSTONE LTD.; BARR PHARMACEUTICALS, INC.; BARR LABORATORIES; DURAMED PHARMACEUTICALS INC.; SOLVAY PHARAMACEUTICALS, INC., previously known as REID ROWELL, INC.; SOLVAY, S.A.,<br><br>                    Defendants. | NO. 04-2-10990-4<br><br><br>DEFENDANT PHARMACIA CORPORATION'S CONSENT FOR REMOVAL |

Pharmacia Corporation, incorrectly named as Pharmacia, Inc., by its undersigned counsel, hereby consents to removal of this action to the U.S. District Court for Western Washington pursuant to 28 U.S.C. § 1441.

DATED this 22nd day of July, 2004.

DEFENDANT PHARMACIA CORPORATION'S CONSENT FOR REMOVAL- 1
KAC/1160.540

72

1   BETTS PATTERSON & MINES, P.S.

2

3   By _____

4        Christopher W. Tompkins
         WSBA# 11686
5        of Attorneys for Defendant Pharmacia
         Corporation

6    701 Pike Street, Suite 1400
     Seattle, WA  98101-3927
7    (206)292-9988

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

73

DEFENDANT PHARMACIA CORPORATION'S
CONSENT FOR REMOVAL- 2
*KAC/1160.540*

**WILSON SMITH COCHRAN DICKERSON**
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

# Exhibit E

1
2
3
4
5
6
7

SUPERIOR COURT OF WASHINGTON FOR COUNTY OF SNOHOMISH

8  FAYE BRYANT; SHEILA COFFEY;
   LINDA HERMAN; KATHRYN JONES;          NO.  04-2-10990-4
9  BETTY KRAUSE; LOIS STROMBERG;
   AND MARGARET VONE,
10
                        Plaintiffs,
11
12          vs.

13  WYETH and its Divisions WYETH          DEFENDANT GREENSTONE LTD.'S
    PHARMACEUTICALS, INC. and ESI          CONSENT FOR REMOVAL
14  LEDERLE; PHARMACIA and UPJOHN
    CORPORATION; PHARMACIA, INC.;
15  PFIZER, INC.; GREENSTONE LTD.;
    BARR PHARMACEUTICALS, INC.;
16  BARR LABORATORIES; DURAMED
    PHARMACEUTICALS INC.; SOLVAY
17  PHARAMACEUTICALS, INC., previously
    known as REID ROWELL, INC.;
18  SOLVAY, S.A.,

19                        Defendants.

20          Greenstone Ltd., by its undersigned counsel, hereby consents to removal of

21  this action to the U.S. District Court for Western Washington pursuant to 28 U.S.C. §

22  1441.

23
            DATED this 22nd day of July, 2004.
24

25

26

DEFENDANT GREENSTONE LTD.'S              **Wilson Smith Cochran Dickerson**
CONSENT FOR REMOVAL- 1                   A PROFESSIONAL SERVICE CORPORATION
KAC/1160.540                             1700 FINANCIAL CENTER, 1215 4TH AVENUE
                                         SEATTLE, WASHINGTON 98161-1007
                                         TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

75

1

BETTS PATTERSON & MINES, P.S.

2

3
By _____
        Christopher W. Tompkins
4       WSBA# 11686
        of Attorneys for Defendant Greenstone
5       Ltd.

6       701 Pike Street, Suite 1400
        Seattle, WA  98101-3927
7       (206)292-9988

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT GREENSTONE LTD.'S
CONSENT FOR REMOVAL- 2
*KAC/1160.540*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

# Exhibit F

**SUPERIOR COURT OF WASHINGTON FOR COUNTY OF SNOHOMISH**

FAYE BRYANT; SHEILA COFFEY;    )
LINDA HERMAN; KATHRYN JONES;   )   NO.  04-2-10990-4
BETTY KRAUSE; LOIS STROMBERG;  )
AND MARGARET VONE,             )   DEFENDANT BARR
                               )   PHARMACEUTICALS, INC.'S CONSENT
                  Plaintiffs,  )   FOR REMOVAL
                               )
          vs.                  )
                               )
WYETH and its Divisions WYETH  )
PHARMACEUTICALS, INC. and ESI  )
LEDERLE; PHARMACIA and UPJOHN  )
CORPORATION; PHARMACIA, INC.;  )
PFIZER, INC.; GREENSTONE LTD.; )
BARR PHARMACEUTICALS, INC.;    )
BARR LABORATORIES; DURAMED     )
PHARMACEUTICALS INC.; SOLVAY   )
PHARAMACEUTICALS, INC., previously )
known as REID ROWELL, INC.; SOLVAY, )
S.A.,                          )
                               )
                  Defendants.  )

Barr Pharmaceuticals, Inc., by its undersigned counsel, hereby consents to removal of

this action to the U.S. District Court for Western Washington pursuant to 28 U.S.C. § 1441.

DATED this _30th_ day of July, 2004.



ULMER & BERNE, LLP

By _____

Joseph C. Klein
WSBA# 26796
Attorneys for Defendant Barr
Pharmaceuticals, Inc.

600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Phone: (513) 698-5048
Fax:    (513) 698-5049
Email: jklein@ulmer.com

79

# Exhibit G

80

**SUPERIOR COURT OF WASHINGTON FOR COUNTY OF SNOHOMISH**

FAYE BRYANT; SHEILA COFFEY;      )
LINDA HERMAN; KATHRYN JONES;   )   NO.  04-2-10990-4
BETTY KRAUSE; LOIS STROMBERG;   )
AND MARGARET VONE,                )   DEFENDANT BARR LABORATORIES,
                                )   INC.'S CONSENT FOR REMOVAL
                 Plaintiffs,  )
                                )
       vs.                    )
                                )
WYETH and its Divisions WYETH      )
PHARMACEUTICALS, INC. and ESI    )
LEDERLE; PHARMACIA and UPJOHN  )
CORPORATION; PHARMACIA, INC.;   )
PFIZER, INC.; GREENSTONE LTD.;   )
BARR PHARMACEUTICALS, INC.;     )
BARR LABORATORIES; DURAMED    )
PHARMACEUTICALS INC.; SOLVAY    )
PHARAMACEUTICALS, INC., previously  )
known as REID ROWELL, INC.; SOLVAY, )
S.A.,                             )
                                )
                Defendants.  )

Barr Laboratories, Inc., incorrectly named as Barr Laboratories, by its undersigned counsel, hereby consents to removal of this action to the U.S. District Court for Western Washington pursuant to 28 U.S.C. § 1441.

DATED this 30th day of July, 2004.

RECEIVED
AUG 2 2004
WILSON SMITH
COCHRAN DICKERSON

ULMER & BERNE, LLP

By _____

Joseph C. Klein
WSBA# 26796
Attorneys for Defendant Barr
Laboratories, Inc.

600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Phone: (513) 698-5048
Fax:    (513) 698-5049
Email: jklein@ulmer.com

# Exhibit H

83

**SUPERIOR COURT OF WASHINGTON FOR COUNTY OF SNOHOMISH**

FAYE BRYANT; SHEILA COFFEY;    )
LINDA HERMAN; KATHRYN JONES;   )   NO.  04-2-10990-4
BETTY KRAUSE; LOIS STROMBERG;  )
AND MARGARET VONE,             )   DEFENDANT DURAMED
                                     )   PHARMACEUTICALS, INC.'S CONSENT
                  Plaintiffs,  )   FOR REMOVAL
                                     )
        vs.                    )
                                     )
WYETH and its Divisions WYETH      )
PHARMACEUTICALS, INC. and ESI    )
LEDERLE; PHARMACIA and UPJOHN  )
CORPORATION; PHARMACIA, INC.;   )
PFIZER, INC.; GREENSTONE LTD.;    )
BARR PHARMACEUTICALS, INC.;     )
BARR LABORATORIES; DURAMED    )
PHARMACEUTICALS INC.; SOLVAY   )
PHARAMACEUTICALS, INC., previously  )
known as REID ROWELL, INC.; SOLVAY, )
S.A.,                                 )
                                   )
                     Defendants.  )

A
RECEIVED
AUG 2 2004
WILSON SMITH
COCHRAN DICKERSON

    Duramed Pharmaceuticals, Inc., by its undersigned counsel, hereby consents to removal of this action to the U.S. District Court for Western Washington pursuant to 28 U.S.C. § 1441.

    DATED this *30th* day of July, 2004.

84

ULMER & BERNE, LLP

By _____
        Joseph C. Klein
        WSBA# 26796
        Attorneys for Defendant Duramed
        Pharmaceuticals, Inc.

        600 Vine Street, Suite 2800
        Cincinnati, Ohio 45202
        Phone: (513) 698-5048
        Fax:    (513) 698-5049
        Email: jklein@ulmer.com

# Exhibit I

86

THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAYE BRYANT; SHEILA COFFEE; LINDA
HERMAN; KATHRYN JONES; BETTYE
KRAUSE; LOIS STROMBERG; AND
MARGARET VONE,

               Plaintiff,

       v.

WYETH and its Divisions WYETH
PHARMACEUTICALS, INC. and ESI
LEDERLE; PHARMACIA and UPJOHN
CORPORATION; PHARMACIA, INC.;
PFIZER, INC.; GREENSTONE LTD.; BARR
PHARMACEUTICALS, INC.; DURAMED
PHARMACEUTICALS, INC.; SOLVAY
PHARMACEUTICALS, INC., previously
known as REID ROWELL, INC.; SOLVAY,
S.A.,

               Defendant.

NO.

DEFENDANT SOLVAY
PHARMACEUTICALS, INC.'S NOTICE
OF CONSENT FOR REMOVAL

Defendant Solvay Pharmaceuticals, Inc. respectfully submits this Notice of Consent for

Removal of the above-captioned matter (which was originally filed as *Bryant, et al. v. Wyeth et*

*al.*, Case No. 04-2-10990-4, in the Superior Court of Washington for the County of Snohomish)

to the U.S. District Court for the Western District of Washington. Solvay Pharmaceuticals, Inc.

was first served with plaintiffs' Complaint on July 7, 2004.

DEFENDANT SOLVAY PHARMACEUTICALS, INC.'S
NOTICE OF CONSENT FOR REMOVAL (NO. ) - 1
[09901-0001/SL042040.249]

DATED:  July 23, 2004.

*Allison Kendrick*

Allison Kendrick, WSBA #27093
**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206-359-8000
Fax:  206-359-9000
E-mail:  AKendrick@perkinscoie.com

Attorneys for Solvay Pharmaceuticals, Inc.



DEFENDANT SOLVAY PHARMACEUTICALS, INC.'S
NOTICE OF CONSENT FOR REMOVAL (NO. ) - 2
[09901-0001/SL042040.249]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

# Exhibit J

89

SUPERIOR COURT OF WASHINGTON FOR COUNTY OF SNOHOMISH

| | |
|---|---|
| FAYE BRYANT; SHEILA COFFEY; LINDA HERMAN; KATHRYN JONES; BETTY KRAUSE; LOIS STROMBERG; AND MARGARET VONE, | NO.  04-2-10990-4 |
| | NOTICE OF REMOVAL TO PLAINTIFFS |
| Plaintiffs, | |
| vs. | |
| WYETH and its Divisions WYETH PHARMACEUTICALS, INC. and ESI LEDERLE; PHARMACIA and UPJOHN CORPORATION; PHARMACIA, INC.; PFIZER, INC.; GREENSTONE LTD.; BARR PHARMACEUTICALS, INC.; BARR LABORATORIES; DURAMED PHARMACEUTICALS INC.; SOLVAY PHARAMACEUTICALS, INC., previously known as REID ROWELL, INC.; SOLVAY, S.A., | |
| Defendants. | |

NOTICE OF REMOVAL TO PLAINTIFFS - 1
KAC/1160.540

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

90

TO:   CLERK OF COURT, Snohomish County Superior Court

PLEASE TAKE NOTICE that on the 3rd day of August, 2004, Defendant Wyeth filed in the United States District Court for the Western District of Washington at Seattle a Notice of Removal and accompanying pleadings for the above-entitled action pursuant to 28 U.S.C. § 1332(a) and (c); § 1441(a); and § 1446(a), (b), and (d), and CR 101 (a) and (b) of the Local Rules for the Western District of Washington.   True and correct copies of the Notice of Removal and accompanying pleadings are filed herewith.   28 U.S.C. § 1446(d).   Pursuant to 28 U.S.C. § 1446(d), this Court is to proceed no further with this case unless and until this case is remanded back to this Court.

DATED this 3rd day of August, 2004.

WILSON SMITH COCHRAN DICKERSON

By _____
Kathy A. Cochran
WSBA #5775
Of attorneys for Defendant Wyeth

NOTICE OF REMOVAL TO PLAINTIFFS - 2
KAC/1160.540

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

91

# Exhibit K

92

SUPERIOR COURT OF WASHINGTON FOR COUNTY OF SNOHOMISH

| | |
|---|---|
| FAYE BRYANT; SHEILA COFFEY; LINDA HERMAN; KATHRYN JONES; BETTY KRAUSE; LOIS STROMBERG; AND MARGARET VONE, | NO.  04-2-10990-4 |
| | NOTICE OF REMOVAL TO STATE COURT |
| Plaintiffs, | |
| vs. | |
| WYETH and its Divisions WYETH PHARMACEUTICALS, INC. and ESI LEDERLE; PHARMACIA and UPJOHN CORPORATION; PHARMACIA, INC.; PFIZER, INC.; GREENSTONE LTD.; BARR PHARMACEUTICALS, INC.; BARR LABORATORIES; DURAMED PHARMACEUTICALS INC.; SOLVAY PHARAMACEUTICALS, INC., previously known as REID ROWELL, INC.; SOLVAY, S.A., | |
| Defendants. | |

NOTICE OF REMOVAL TO STATE
COURT - 1
*KAC/1160.540*

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

93

TO:    CLERK OF COURT, Snohomish County Superior Court

PLEASE TAKE NOTICE that on the 3rd day of August, 2004, Defendant Wyeth filed in the United States District Court for the Western District of Washington at Seattle a Notice of Removal and accompanying pleadings for the above-entitled action pursuant to 28 U.S.C. § 1332(a) and (c); § 1441(a); and § 1446(a), (b), and (d), and CR 101 (a) and (b) of the Local Rules for the Western District of Washington.  True and correct copies of the Notice of Removal and accompanying pleadings are filed herewith.  28 U.S.C. § 1446(d).  Pursuant to 28 U.S.C. § 1446(d), this Court is to proceed no further with this case unless and until this case is remanded back to this Court.

DATED this 3rd day of August, 2004.

WILSON SMITH COCHRAN DICKERSON

By _Kathy A. Cochran_

Kathy A. Cochran
WSBA #5775
Of attorneys for Defendant Wyeth

NOTICE OF REMOVAL TO STATE
COURT - 2
KAC/1160.540

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273