FILED ——— ENTERED
——— LODGED ——— RECEIVED

AUG 0 3 2004   MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| FAYE BRYANT; SHEILA COFFEY; LINDA HERMAN; KATHRYN JONES; BETTY KRAUSE; LOIS STROMBERG; AND MARGARET VONE,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH and its Divisions WYETH PHARMACEUTICALS, INC. and ESI LEDERLE; PHARMACIA and UPJOHN CORPORATION; PHARMACIA, INC.; PFIZER, INC.; GREENSTONE LTD.; BARR PHARMACEUTICALS, INC.; BARR LABORATORIES; DURAMED PHARMACEUTICALS INC.; SOLVAY PHARAMACEUTICALS, INC., previously known as REID ROWELL, INC.; SOLVAY, S.A.,<br><br>Defendants. | **CV04-1706**<br><br>No. _____<br><br>DECLARATION OF SERVICE<br><br><br><br>04-CV-01706-DECL |

DECLARATION OF SERVICE - 1
KAC/1160.540

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

TRACI JAY declares as follows:

1. I am a citizen of the United States and a resident of Seattle, Washington. I am over the age of 18 years and not a party of the within entitled cause. I am employed by the law firm of Wilson Smith Cochran Dickerson, whose address is 1215 Fourth Avenue, Suite 1700, Seattle, Washington, 98161.

2. On July 26, 2004 I caused to be served *Notice to Plaintiffs of Defendant Wyeth's Notice of Removal to United States District Court for the Western District of Washington (original); Notice to Superior Court of Defendant Wyeth's Notice of Removal to United States District Court for the Western District of Washington (copy); Notice of Removal to United States District Court for the Western District of Washington (copy); and Civil Cover Sheet (copy)* by having the same, with this Declaration, delivered by messenger to the interested parties in said action, addressed as follows:

| | |
|---|---|
| Stephen A. Bernheim<br>512 Bell Street<br>Edmonds, WA 98020 | By Legal Messenger |
| Zoe Littlepage<br>Joshua Brockman<br>LITTLEPAGE BOOTH<br>408 Westheimer<br>Houston, TX 77006 | By UPS Overnight |
| V. Woolston<br>Allison B. Kendrick<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099 | By Legal Messenger |

DECLARATION OF SERVICE - 2
KAC/1160.540

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

1      3. I declare under penalty of perjury under the laws of the State of

2   Washington that the foregoing is true and correct.

3      DATED at Seattle, Washington this 3rd day of August, 2004.

4

5

6                               TRACI JAY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF SERVICE - 3
KAC/1160.540

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273