UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAYE BRYANT; SHEILA COFFEY; LINDA HERMAN; KATHRYN JONES; BETTYE KRAUSE; LOIS STROMBERG; and MARGARET VONE,<br><br>Plaintiffs,<br><br>v.<br><br>WYETH and its Divisions WYETH PHARMACEUTICALS, INC. and ESI LEDERLE; PHARMACIA and UPHOHN CORPORATION; PHARMACIA, INC.; PFIZER, INC.; GREENSTONE LTD.; BARR PHARMACEUTICALS, INC.; BARR LABORATORIES; DURAMED PHARMACEUTICALS, INC.; SOLVAY PHARMACEUTICALS, INC., previously known as REID ROWELL, INC.; SOLVAY, S.A.,<br><br>Defendants. | NO. C04-1706Z<br><br>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT |

TO:     CLERK OF THE COURT

AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

---

DEFENDANTS' CORPORATE
DISCLOSURE STATEMENT (C04-1706Z) - 1

G:\DOCS\239\1721\PLD\CORP DISCLOSURE

**THORSRUD CANE & PAULICH**
A PROFESSIONAL SERVICE CORPORATION

1300 PUGET SOUND PLAZA
1325 FOURTH AVENUE
SEATTLE, WA 98101
(206) 386-7755

Defendants Barr Pharmaceuticals, Inc., Barr Laboratories, Inc. (incorrectly named as Barr Laboratories), and Duramed Pharmaceuticals, Inc., certify the following:

- Barr Pharmaceuticals, Inc. is a publicly held company, and no publicly held company owns more than 10% of its stock.
- Barr Laboratories, Inc. is a wholly-owned subsidiary of Barr Pharmaceuticals, Inc.
- Duramed Pharmaceuticals, Inc. is a wholly-owned subsidiary of Barr Pharmaceuticals, Inc.

DATED this 8th day of September, 2004.

THORSRUD CANE & PAULICH

By _____
D.K. Yoshida   [WSBA NO. 17365]

Attorneys for Defendants Barr Pharmaceuticals, Inc., Barr Laboratories, Inc., and Duramed Pharmaceuticals, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen A. Bernheim
512 Bell Street
Edmonds, WA  98020
steve@stevebernheim.com

DEFENDANTS' CORPORATE
DISCLOSURE STATEMENT (C04-1706Z) - 2
G:\DOCS\239\1721\PLD\CORP DISCLOSURE

THORSRUD CANE & PAULICH
A PROFESSIONAL SERVICE CORPORATION
1300 PUGET SOUND PLAZA
1325 FOURTH AVENUE
SEATTLE, WA 98101
(206) 386-7755

1 | Kathy A. Cochran
Wilson Smith Cochran Dickerson
2 | 1700 Financial Center
1215 4th Avenue
3 | Seattle, WA 98161-1007
cochran@wscd.com
4 |

5 | V.L. Woolston
Allison Kendrick
William B. Murphy
6 | Perkins Coie
1201 Third Ave., Suite 4800
7 | Seattle, WA 98101-3099
vwoolston@perkinscoie.com
8 | akendrick@perkinscoie.com
bmurphy@perkinscoie.com
9 |

Christopher W. Tompkins
10 | Betts Patterson & Mines
701 Pike Street, Suite 1400
11 | Seattle, WA 98101-3927
ctompkins@bpmlaw.com
12 |

13 | and I hereby certify that following counsel were served with the document via U.S. Mail:
14 |

Zoe Littlepage
15 | Joshua Brockman
Littlepage Booth
16 | 408 Westheimer
Houston, TX 77006
17 |

18 | DATED this 8th day of September, 2004.

19 |

20 | _____
D.K. Yoshida    [WSBA NO. 17365]
21 |
Thorsrud Cane & Paulich
22 | 1325 Fourth Ave., Suite 1300
Seattle, WA 98101
23 | 206.386.7755    FAX 206.386.7795
dyoshida@tcplaw.com
24 |

DEFENDANTS' CORPORATE
DISCLOSURE STATEMENT (C04-1706Z) - 3

G:\DOCS\238\1721\PLD\CORP DISCLOSURE

**THORSRUD CANE & PAULICH**
A PROFESSIONAL SERVICE CORPORATION

1300 PUGET SOUND PLAZA
1325 FOURTH AVENUE
SEATTLE, WA 98101
(206) 386-7755