```
A TRUE COPY I CERTIFY
James W. McCormack, Clerk
By: /s/ Tammy Downs D.C. on
        Jan 24, 2011
For the United States District Court
  Eastern District of Arkansas
```

– CORRECTED ORDER –

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                       MDL No. 1507

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Arkansas.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

      Jan 14, 2011

      CLERK'S OFFICE
       UNITED STATES
    JUDICIAL PANEL ON
  MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



04-CV-01706-BOND

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1507

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| ARE | 4 | 05-00174 | ALM | 2 | 04-01080 | Shirley Waites, et al. v. Wyeth, et al. |
| ARE | 4 | 05-00366 | ALN | 2 | 04-02465 | Maureen Lynn v. Wyeth, et al. |
| ARE | 4 | 04-02278 | ALN | 2 | 04-02466 | Deborah Barefoot, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 05-00359 | CAC | 2 | 04-08652 | Pushpa Shah, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 05-00089 | CAE | 1 | 04-06343 | Nancy Waddell, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00114 | CAE | 1 | 04-06346 | Shirley Bowles, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00151 | CAN | 5 | 04-04161 | Esther Carranza, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-01282 | CT | 3 | 04-01259 | Jennie Corso v. Wyeth, et al. |
| ARE | 4 | 04-02314 | CT | 3 | 04-01510 | Mary Ann E. Gibbons, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00053 | CT | 3 | 04-01614 | Susan M. Silva, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-01401 | DE | 1 | 04-00892 | Audrey Malfitano, et al. v. Wyeth, et al. |
| ARE | 4 | 05-00554 | FLM | 3 | 05-00054 | Judy Fortner v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00121 | FLM | 6 | 04-01664 | Minerva Jimenez v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00194 | FLM | 8 | 04-02507 | Marjorie Bonnett v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00196 | FLM | 8 | 04-02509 | Sandra Danitz v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00197 | FLM | 8 | 04-02510 | Evelyn Gutchman v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00201 | FLM | 8 | 04-02535 | Stephanie T. Fowle v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00203 | FLM | 8 | 04-02599 | Roberta Costa v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00729 | FLN | 3 | 04-00137 | Nannie Ballard, et al. v. Wyeth, et al. |
| ARE | 4 | 04-00806 | ILC | 1 | 04-01173 | Audrey L. Strode v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00042 | ILC | 1 | 04-01335 | Marilyn Walters, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00968 | ILN | 1 | 04-04312 | Jo Belle Baldonado, et al. v. Wyeth, et al. |
| ARE | 4 | 04-01089 | ILN | 1 | 04-04555 | Eddie Taasaas, et al. v. Wyeth, et al. |
| ARE | 4 | 04-01158 | INS | 2 | 04-00186 | Patricia Spurr v. Wyeth, Inc. |
| ARE | 4 | 04-01379 | LAE | 2 | 04-02340 | Dixie King, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00193 | LAM | 3 | 04-00273 | Juanita Gornor, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-02260 | LAM | 3 | 04-00697 | Mithlesh Sharma, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00074 | MD | 1 | 04-03071 | Martha Land v. Wyeth, Inc., et al. |
| ARE | 4 | 04-01403 | MD | 8 | 04-02082 | Kay Main, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-01404 | MD | 8 | 04-02709 | Martha Tappan, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00833 | MN | 0 | 04-02962 | Diana Nicholas v. Pharmacia &Upjohn Co., et al. |
| ARE | 4 | 04-01053 | MN | 0 | 04-03002 | Carole Mohr, et al. v. Pharmacia &UpJohn Co., et al. |

| | | | | | | |
|---|---|---|---|---|---|---|
| ARE | 4 | 04-01062 | MN | 0 | 04-03106 | Joan Straube, et al. v. Wyeth, et al. |
| ARE | 4 | 04-01063 | MN | 0 | 04-03107 | Caryl Fisher v. Wyeth, et al. |
| ARE | 4 | 04-01064 | MN | 0 | 04-03108 | Shirley Leibelt, et al. v. Wyeth, et al. |
| ARE | 4 | 04-01088 | MN | 0 | 04-03139 | Dolores Pruitt v. Wyeth Pharmaceuticals, et al. |
| ARE | 4 | 04-01085 | MN | 0 | 04-03168 | Barbara Smith v. Wyeth, et al. |
| ARE | 4 | 04-01086 | MN | 0 | 04-03170 | Rose Marie Harris v. Wyeth, et al. |
| ARE | 4 | 04-01199 | MN | 0 | 04-03388 | Joan Lydie, et al. v. Wyeth, et al. |
| ARE | 4 | 04-01440 | MN | 0 | 04-03964 | Marietta Foster v. Wyeth, Inc., et al. |
| ARE | 4 | 04-01441 | MN | 0 | 04-03973 | Sherry Welch v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00008 | MN | 0 | 04-04639 | Athanna Kuball, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00553 | MN | 0 | 05-00009 | Margaret McCoy v. Wyeth, et al. |
| ARE | 4 | 05-00556 | MN | 0 | 05-00107 | Carol Sevilla, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 05-00548 | MN | 0 | 05-00184 | Helene Bierfass, et al. v. Wyeth, et al. |
| ARE | 4 | 05-00557 | MN | 0 | 05-00185 | Joyce Lehman, et al. v. Wyeth, et al. |
| ARE | 4 | 05-00555 | MN | 0 | 05-00187 | Iris Falk, et al. v. Wyeth, et al. |
| ARE | 4 | 05-00071 | MOE | 4 | 04-01255 | Doliska Hanrahan, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00007 | MOE | 4 | 04-01302 | Marilyn Lemmon, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00577 | MOW | 2 | 04-04302 | Mary Kay Ryan, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00578 | MOW | 2 | 04-04318 | Elizabeth Roberts v. Wyeth, et al. |
| ARE | 4 | 05-00002 | MOW | 4 | 04-00783 | Myrtle Fay Case, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00001 | MOW | 4 | 04-00784 | Idell J. Swingle v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00027 | MOW | 4 | 04-00961 | Martha Joyce Giberson, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00185 | MSN | 1 | 04-00361 | Virginia Sheffield v. Wyeth, Inc., et al. |
| ARE | 4 | 03-00927 | MSS | 2 | 03-00104 | Jeanette Byrd, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00533 | MT | 6 | 04-00068 | Renee Harris v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00965 | NCE | 5 | 04-00446 | Patricia Bonnano, et al. v. Wyeth, et al. |
| ARE | 4 | 05-00528 | ND | 2 | 04-00151 | Jo Ann Spravzoff v. Wyeth, et al. |
| ARE | 4 | 05-00521 | NYS | 1 | 04-09516 | Georgia Kramer v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00520 | NYS | 1 | 04-10107 | Nina Reily v. Wyeth, et al. |
| ARE | 4 | 04-00813 | OHN | 1 | 04-00957 | Brenda Miller v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00814 | OHN | 1 | 04-00959 | Nancy St. John-Goodrich, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00820 | OHN | 3 | 04-07267 | Marguerite Taulker, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00191 | OHN | 3 | 04-07708 | Donna Toitch, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00132 | OHS | 2 | 04-00400 | Carol Yeauger v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00559 | OHS | 2 | 04-00401 | Victoria Grimes, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-01377 | OHS | 2 | 04-00423 | Carol Jean May, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00133 | OHS | 2 | 04-00514 | Neoda Lark Albright, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-02261 | OKW | 5 | 04-00839 | Mary Golay, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| ARE | 4 | 05-00050 | OKW | 5 | 04-01440 | Virginia Sue McKenzie v. Wyeth Pharmaceuticals |
| ARE | 4 | 05-00182 | SC | 3 | 04-23274 | Bette McClure, et al. v. Wyeth, et al. |
| ARE | 4 | 04-02295 | SC | 9 | 04-22297 | Lydia Sauls v. Wyeth, et al. |
| ARE | 4 | 04-01036 | TXE | 1 | 04-00417 | Frances Carroll, et al. v. Wyeth, et al. |
| ARE | 4 | 04-01037 | TXE | 1 | 04-00418 | Maria Contreras v. Wyeth, et al. |
| ARE | 4 | 04-01041 | TXE | 1 | 04-00422 | Sandra Kennedy, et al. v. Wyeth, et al. |
| ARE | 4 | 04-00217 | TXE | 6 | 03-00404 | Cherlyn Whitaker, et al. v. Wyeth, Inc., et al. |

| | | | | | | |
|---|---|---|---|---|---|---|
| ARE | 4 | 04-00998 | TXE | 6 | 04-00313 | Lovella Smith, et al. v. Wyeth, et al. |
| ARE | 4 | 04-01397 | TXE | 6 | 04-00396 | Helen Bell, et al. v. Wyeth, et al. |
| ARE | 4 | 04-00223 | TXE | 9 | 03-00233 | Sandra S. Honeycutt v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00224 | TXN | 2 | 03-00239 | Kathy Ashlock, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-01410 | TXN | 3 | 04-01523 | Brenda K. Davis v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00169 | TXN | 3 | 04-02181 | Mary L. Bush v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00572 | TXN | 3 | 05-00002 | Mariann Slocum v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00237 | TXS | 4 | 03-03176 | Angelina Gestiada, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00241 | TXS | 4 | 03-03189 | Carolyn Ann Grant, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00249 | TXS | 4 | 03-03218 | Maxine Jeneil Tye v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00250 | TXS | 4 | 03-03219 | Joanne Seipel, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00258 | TXS | 4 | 03-03264 | Beth Newton, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00265 | TXS | 4 | 03-03373 | Joann Townsend v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00268 | TXS | 4 | 03-03512 | Gladys O. Peschka v. Wyeth, Inc. |
| ARE | 4 | 04-00270 | TXS | 4 | 03-03722 | Dollie Spicer Beal, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 04-00271 | TXS | 4 | 03-03723 | Betty Jean Bingham, et al. v. Wyeth, Inc., et al. |
| ARE | 4 | 05-00365 | UT | 1 | 04-00164 | Lynda MacKenzie v. Wyeth, et al. |
| ARE | 4 | 05-00152 | UT | 2 | 04-00734 | Peggy Wankier v. Wyeth, et al. |
| ARE | 4 | 04-01383 | VAE | 1 | 04-00947 | Trudi Malik v. Wyeth, et al. |
| ARE | 4 | 04-01386 | VAE | 1 | 04-00950 | Betty Swaggerty v. Wyeth |
| ARE | 4 | 05-00167 | WAW | 2 | 04-01706 | Faye Bryant, et al. v. Wyeth, et al. |