UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAYE BRYANT,

                Plaintiff,

v.

PHARMACIA & UPJOHN COMPANY LLC, et al.,

                Defendants.

C04-1706Z

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    This matter having been remanded to this Court by the Multidistrict Litigation Panel pursuant to 28 U.S.C. § 1407(a), the parties are hereby directed to file by February 28, 2011, a joint status report indicating whether any further discovery needs to be conducted, whether any dispositive motions are anticipated, and whether and when this matter is or will be ready for trial. The parties shall further indicate whether this case will be tried to a jury or to the bench and how many days trial is expected to last.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Filed and entered this 28th day of January, 2011.

                                        WILLIAM M. McCOOL, Clerk

                                        s/ Claudia Hawney
                                 By _____
                                        Claudia Hawney
                                        Deputy Clerk

MINUTE ORDER - 1